Thiago M. Coelho, SBN 324715
thiago@whilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PORRIDGE, LLC d/b/a THE ODELLS SHOP, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 2:21-cv-01663-SVW-AS<br>*Assigned to Hon. Stephen V. Wilson and Magistrate Judge Alka Sagar*<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br>Complaint Filed: February 23, 2021<br>Trial Date:　　　None Set |

　　　Plaintiff Brett DeSalvo ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement.

1  Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not
2  finalized.

4  Dated: April 14, 2021                    Respectfully Submitted,

   /s/ *Thiago M. Coelho*
   Thiago M. Coelho
   **WILSHIRE LAW FIRM**
   *Attorneys for Plaintiff and Proposed Class*